# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13 which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-2031
Owner: Lauro Riojas et al.
Acres: 1.554

**BEING** a 1.554 acre tract (67,683 square feet) parcel of land, more or less, being out of a called 2.81 acre tract, recorded in Document No. 1981-107839, Official Records of Starr County (O.R.S.C.), conveyed to Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra, said tract being all of Share No. 51, Porcion 66, Ancient Jurisdiction of Mier, Mexico, Starr County, Texas, said 1.554 acre (67,683 square feet) parcel of land being more particularly described as follows;

**COMMENCING:** at a found 1-1/4" pipe, being on the south line of a called 37.95 acre tract, recorded in Document No. 2016-333196, Official Records of Starr County (O.R.S.C.), Texas and described in Volume 554, Page 675, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to the known and unknown heirs of Clara Ramirez de Ramirez, et al tract, the northwest corner of Share 52 of Porcion 66 and the northeast corner of Share 48 of said Porcion 66, said point having a coordinate of N=16673662.829, E=794381.459;

**THENCE:** S 08°45'51" W, along the south line of said known and unknown heirs of Clara Ramirez de Ramirez, et al tract, the west line of said Share 52 and the east line of Share 48, Share 50 and Share 51 of said Porcion 66, a distance of 355.84 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2031-1=RGV-RGC-2032-1" for the **POINT OF BEGINNING,** said point being the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract, said point having a coordinate of N=16673311.140, E=794327.240, said point being S 74°52'23" W, a distance of 1572.08 feet from United States Corps of Engineers Control Point No. "SS07-2019" (B&F Engineering aluminum cap in concrete);

**SCHEDULE C (continued)**

LEGAL DESCRIPTION

**THENCE:** S 08°45'51" W, along the east line of said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract, the east line of said Share 51, the west line of said known and unknown heirs of Clara Ramirez de Ramirez, et al tract and the west line of said Share 52, a distance of 11.35 feet to an angle point designated "RGV-RGC-2031-2=RGV-RGC-2032-5=RGV-RGC-2056-5", said point being the southwest corner of said known and unknown heirs of Clara Ramirez de Ramirez, et al tract, the southwest corner of said Share 52, the northwest corner of a called 3.98 acre tract, recorded in Document No. 1983-118139, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Lorie Riojas and Lauro Riojas and the northwest corner of Share 13 of said Porcion 66;

**THENCE:** S 09°15'36" W, along the east line of said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract, the east line of said Share 51, the west line of said Lorie Riojas and Lauro Riojas and the west line of said Share 13, a distance of 191.40 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2031-3=RGV-RGC-2056-4" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 82°01'11" W, departing the east line of said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract, the east line of said Share 51,the west line of said Lorie Riojas and Lauro Riojas and the west line of said Share 13 over and across said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract and said Share 51, a distance of 338.51 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2029-3=RGV-RGC-2031-4" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract, the west line of said Share 51and the east line of Share 44 of said Porcion 66;

**THENCE:** N 09°19'30" E, along the west line of said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract, the west line of said Share 51 and the east line of said Share 44, a distance of 200.06 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2029-2=RGV-RGC-2031-5" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 82°01'11" E, departing the west line of said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract, the west line of said Share 51 and the east line of said Share 44, over and across said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract and said Share 51, a distance of 328.35 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2031-6" for an angle point;

## **SCHEDULE C (continued)**

LEGAL DESCRIPTION

**THENCE:** N 82°43'08" E, over and across said Lauro Riojas, Ramiro Riojas and the unknown heirs of Onofre Guerra tract and said Share 51, a distance of 10.26 feet to the **POINT OF BEGINNING** and containing 1.554 acres (67,683 square feet) of land, more or less.

# SCHEDULE D

## **SCHEDULE D**

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (continued)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-2031-1=RGV-RGC-2032-1 | 16673311.140 | 794327.240 |
| RGV-RGC-2031-2=RGV-RGC-2032-5=RGV-RGC-2056-5 | 16673299.921 | 794325.511 |
| RGV-RGC-2031-3=RGV-RGC-2056-4 | 16673111.018 | 794294.712 |
| RGV-RGC-2029-3=RGV-RGC-2031-4 | 16673158.014 | 793959.480 |
| RGV-RGC-2029-2=RGV-RGC-2031-5 | 16673355.426 | 793991.896 |
| RGV-RGC-2031-6 | 16673309.840 | 794317.066 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN FEBRUARY 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THIS ACQUISITION TRACT LIES INSIDE OF PRIVATE PROPERTY AND DOES NOT CROSS A PUBLIC ROAD, THEREFORE NO UTILITY LOCATE REQUEST HAS BEEN MADE.

METES & BOUNDS SURVEY
LAURO RIOJAS, RAMIRO RIOJAS, AND
THE UNKNOWN HEIRS OF ONOFRE GUERRA
TRACT No. RGV-RGC-2031
STARR COUNTY  TEXAS

B&F ENGINEERING, INC.
929 AIRPORT ROAD
HOT SPRINGS, AR 71913

## SCHEDULE D (continued)



# SCHEDULE E

## **SCHEDULE E**

## ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-2031
Owner: Lauro Riojas et al. Acres: 1.554

    The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

    Reserving to the owners of Share 51 of Porcion 66, partitioned to Melchor Rodriguez and Casiana Rojas Guerra in Final Decree of Partition, recorded on March 26, 1940, in Volume 114, Page 62, Document No. 1940-13857 in the Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

    Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (continued)**



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TEN THOUSAND AND SIX HUNDRED DOLLARS NO/100 ($10,600.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Lauro Riojas | **RGV-RGC-2031** Warranty Deed, Document # 1981-107389 Recorded June 15, 1981, Deed Records of Starr County |
| Ramiro Riojas | **RGV-RGC-2031** Warranty Deed, Document # 1981-107389 Recorded June 15, 1981, Deed Records of Starr County |
| Onofre Guerra Unknown Address | Affidavit of Heirship Filed August 6, 1981 Volume 442, Page 568 |
| Melchor Rodriguez Unknown Address | C/C of Final Decree Partition Filed March 26, 1940 Volume 114, Page 62 |
| United States 1000 Louisiana St., Suite 2300, Houston, Texas 77002 | Notice of Lien, filed July 24, 2000 in Volume 868, Page 319 and Notice of Lien, filed December 9, 2002 in Volume 948, Page 337 |
| Ameida Salinas Starr County Tax Assessor & Collector 100 N FM 3167, Room 201 Rio Grande City, Texas 78582 | Tax Authority |